## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

ELIZABETH A. MITCHELL                                    CIVIL ACTION

VERSUS                                                   NO.  12-2422

RESTORE SLEEP CENTER HOLDINGS, L.L.C.                    SECTION "C"


### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if  settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 29th day of August 2013.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE